I'm going to give you an introduction, and you're going to be ready to take the course. My name is Jeremy Kilbride, and I'm going to be giving you a presentation on how to implement the Trust. My name is Jeremy, and I'm going to be giving you a presentation on how to implement the Trust. Now, this course, you're going to see at the end, the challenges of being a primary business person. It's just a court-ordered space for a lot of people. And as you see, I'm going to teach you how to do it. So, this is how you launch the competition. And it's the one step. For example, people who are trying to share a sheet with their families, to the law, so that if the time is over, you're not involved. You're not being asked. You're doing it. You're not being asked. And the time that is being used is noticed by the state court. And what's happening in any of these cases, in particular, though, is actually the cost of doing it. And so, I'm going to present to you with four responses. I'm going to give you the first two here. One is because of a homeowner. Remember, I mentioned that when we talked about a homeowner being able to bring a case in at the end. This comes to say, at under five years. So, I'm going to let them find out who they are. I'm going to let them find out who they also know. Therefore, we can call out the trust. When you brought this in, it was the case that they served on top of. And the homeowner's association said, we need anybody who could possibly be challenged to sit on those names and accounts. So, they were no longer named. Spence was no longer named. She could be served on top of the claim against the court. But it's not a case for a jury trial. It's a case for a discord. The state and state, state and city, all of this, I can give you the case. It's a case for a quarrel. It's a case for a lawsuit. It's a case for a dispute. The original homeowner who could possibly be challenged to this case was not a homeowner to this case. What she did is, I can give you the case. Your Honor, first of all, we now have something for my sister-in-law. And what you're looking at is the client's claim under the second law, and it fully informs whether or not you made a claim on your client's claim under the second law. You see, the person who's on your client's claim, almost all of the details also come under the second law. And so, I'm going to show you the case. So, Spence is in my home. And, um, just to mention, you're trying to find the truth in yourself. You know what the truth is? We want to know the truth after you make the right decision, but I actually think that she should have been. She should have started her culture first, and these people keep coming, and coming, and coming. It's what it takes to bring its own heritage and show that it is not my heritage. You know, we're closer still. What we're talking about still is what it tells the client. But what you have to keep in mind still is that everybody needs to constantly bring the truth. It's not my heritage. I don't have it myself. I don't have it with me. And so, this is the evidence that you borrow from the law. Now, in this case and in other cases, I wouldn't use the judgment of the case. Seeing that the former homeowner is an important person to me, just because you say that you no longer have an interest in those towards the client, you don't have to look towards her now. You should be looking to me. But you, as a single person, are supposed to come to court and get your primary interest. The response is that you can question yourself, and you can use the whole body of evidence that you brought against the former homeowner's family. Therefore, I believe that if it was the former homeowner who said, she has to make a claim that I don't think that the person that I'm looking for, that I'm looking for, to find out who I am, she should come on to me. We should have a case that is consistent with that, when it's hard, fast, and even with inclusive recidivism. And, of course, we do have the power to bring equitable legal to the homeowner's family property, despite inclusive recidivism. And, of course, we do have a law enforcement officer here that will have the power to do what it requires and allows you to do what it requires. We have a statutory authority. The former homeowner can challenge the bill at this time. If you purchase a mobile home, you'll notice that the former homeowner has the ability to challenge the bill. And we don't. What's going to be the edge of a case like this? It's five years. Five years is quite a bit of time to go along. Just to clarify, the only point I was going to make about five years is, so you can have your choice of whether you challenge or wait five years. With the statutory authority, the statutory authority, the statutory authority, takes great time. I understand you're a homeowner and you just want to scream, you're going to scream, for instance, that they have the power to have this homeowner really encourage you. So, you're going to wait five years or a little bit longer than that. So that you can look to the bill for yourself and bring to yourself those people who you can work to meet those people or not. As you understand, this should be consistent analysis and it should be consistent. The higher you bring, the more people there's going to be and the more people you're going to have. The basis for which you can choose I think the decision that was made was a very heavy burden for Sherry and I'm so sorry for Sherry. I believe, and I apologize if she doesn't say it, but I believe what he tried not to say was say, when your time limit is in his orders, you will say, well, it's not my time. He definitely didn't say why. He goes to the Senate every other 20 days. There's a number of other ways and that's why you only want to know if he's relying on the bank's representation. This is how you made it to 107, which is bank foreclosure statutes. Through 117, there are some institutions on the menu for foreclosure. That doesn't apply because this was a standard process. As for those under 116, there was a statement in the record that stated that, this is probably a coincidence, but I believe it's on the page 30 on the access to records that said, oh, hi, there's an access to records that says you're under 161.17. That's the heritage of the record. It appears in the editorial that you have the access to 161.17 and how you understand the changes. So, for Sherry, in order to be so sure and again, they came right back to the site of statement. In this case, yes, so the clerk in front of the staff I believe is going to remand and she's actually remanded and so she's going to remand to the state courts because the government of this court has the jurisdiction under 18 of this court and so she's going to remand. My belief is that what she's trying to do is that over the time of 18 to 20 days is to have a formal amortization to this one. If that was true, so be it. But, unfortunately, I will say that 161.17 applies here because the extension of this part of 107 is not expressly brought into 116 underlying 107.IO. So, I believe that the court may have probably met her structure and set up all the cleaning so as to say she's not even interested. But, I think the notion of a case puts out there that she could be interested and if you're interested, if you think this is the first client trial where they're going to show that nobody else is a superior trial, yeah, I think that that is not the client trial. The client trial is the judge's ability to help the student be brave to show that he or she is the one who's going to do the right thing. And, if you look at 107.10, there was actually no claim here from 107.10 before. It was brought in to the Chief Justice for negligence. But, there is no court saying we can't do extension over and over elsewhere. No. But, the problem there was if there's one law  has to honor, this is one of the cases that supports legislative authority and the SFR does not support legislative authority. So, even for this trial, the jurisdiction here that helps this court is the jurisdiction to entertain their position or answer to the first question. But, we could also say that the jurisdiction is the one that makes the best argument for this point. Very, very known to the dispenser was the concern for the other clients and the opportunity to do economic heritage now. And, so, that's just a little bit  we're trying to do here. I apologize for the interruption in the question. It's not a question that I have. It's just that it's something that we have to have a sense of right now. We have to think of the nature of what we're doing  how we're going to do  And, so, we have to have a sense of what we're doing and how we're going to do it. And, so, we have   what       we're going to do it. And, so, we have to have a sense of what we're going to do and how we're going we need to be prepared  the consequences  this. We need to be prepared for the consequences of this problem and we need to be prepared to be prepared  be prepared to be     to be prepared to
judges: Wallace, D.W. Nelson, Owens